RECEIVED
IN MONROE, LA
DEC 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARLINA VONSHAY NUTE | CIVIL ACTION NO. 07-0081 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PILGRIM'S PRIDE CORPORATION | MAG. JUDGE KAREN L. HAYES |

### ORDER

Considering Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride") Notice of Bankruptcy [Doc. No. 35],

IT IS HEREBY ORDERED that this matter is STAYED during the pendency of the bankruptcy pursuant to 11 U.S.C. § 362.

IT IS FURTHER ORDERED that counsel shall notify the Court immediately once the bankruptcy proceedings are concluded or if the automatic stay is lifted as to this pending litigation.

IT IS FURTHER ORDERED that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings. This Order shall not be considered a dismissal or disposition of this matter.

MONROE, LOUISIANA, this ___11___ day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE